Form 11.   **Certificate of Compliance Pursuant to
9th Circuit Rules 35-4 and 40-1 for Case Number** 17-71636

Note: This form must be signed by the attorney or unrepresented litigant *and attached to the back of each copy of the petition or answer.*

I certify that pursuant to Circuit Rule 35-4 or 40-1, the attached petition for panel rehearing/petition for rehearing en banc/answer to petition (check applicable option):

☒ Contains 4,179 words (petitions and answers must not exceed 4,200 words), and is prepared in a format, type face, and type style that complies with Fed. R. App. P. 32(a)(4)-(6).

**or**

☐ Is in compliance with Fed. R. App. P. 32(a)(4)-(6) and does not exceed 15 pages.

Signature of Attorney or Unrepresented Litigant: s/Phillip R. Dupre

Date: 09/24/2018

("s/" plus typed name is acceptable for electronically-filed documents)

*(Rev.12/1/16)*